**UNITED STATES of America,
Plaintiff—Appellee,**

v.

**Marc Cordell DYER, Sr., Defendant—
Appellant.**

**No. 08–7645.**

United States Court of Appeals,
Fourth Circuit.

Submitted: Dec. 23, 2008.

Decided: Jan. 21, 2009.

Marc Cordell Dyer, Sr., Appellant Pro Se. Darryl James Mitchell, Assistant United States Attorney, Norfolk, Virginia, for Appellee.

Before NIEMEYER and MICHAEL, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Marc Cordell Dyer, Sr., appeals the district court's order denying his motion to reduce his sentence pursuant to 18 U.S.C. § 3582(c)(2) (2006). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *United States v. Dyer*, No. 2:04–cr–00140–WDK–JEB–1 (E.D.Va. July 15, 2008). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*